UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| KRISTIN BERGDOLL and JADE BERGDOLL, | )<br>)<br>) |
| vs. | )    Case No. 22-3018-CV-S-MDH<br>) |
| COOPERSURGICAL, INC., et al., | )<br>)<br>) |

\_\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

The Court hereby GRANTS Defendants' Motions for Summary Judgment (Docs. 117, 119, 121, and 123).

The Court DENIES AS MOOT Plaintiffs' Motions to Exclude Expert Opinion Testimony (Docs. 111 and 113); Plaintiffs' Motion for Partial Summary Judgment on Defendants' Affirmative Defenses (Doc. 115); and Defendants' Motions to Exclude Expert Opinions and Testimony (Docs. 125, 127 and 129).

**IT IS SO ORDERED**.

| | |
|---|---|
|  March 4, 2025            |    Paige Wymore-Wynn      |
| Date | Clerk of Court |
| | |
| Entered on: March 4, 2025 |   s/Linda Howard      |
| | (By) Deputy Clerk |