# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| KRISTIN BERGDOLL and JADE BERGDOLL,<br><br>vs.<br><br>COOPERSURGICAL, INC., et al., | Case No. 22-3018-CV-S-MDH |

\_\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

The Court GRANTS in part the proposed bill of costs in the amount of $3,770.61. The Court DENIES the costs for travel expenses in the amount of $333.63.

**IT IS SO ORDERED**.

June 3, 2025                  Paige Wymore-Wynn
Date                                       Clerk of Court

Entered on: June 2, 2025         s/Linda Howard
                                           (By) Deputy Clerk